USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
LEONARDO OTERO, KATJA OTERO, :
:
:
Plaintiffs, :
: 1:19-cv-11706-GHW
-v- :
: ORDER
JEWISH FAMILY AND CHILDREN'S :
SERVICE OF GREATER PHILADELPHIA, :
:
Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on December 20, 2019. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Plaintiffs' counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

      SO ORDERED.

Dated: January 3, 2020
New York, New York

                                                        _____
                                                          GREGORY H. WOODS
                                                          United States District Judge