USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
LEONARDO OTERO, KATJA OTERO, :
:
:
Plaintiffs, :
: 1:19-cv-11706-GHW
-v- :
: ORDER
JEWISH FAMILY AND CHILDREN'S :
SERVICE OF GREATER PHILADELPHIA, :
et al, :
:
:
Defendant. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed during the February 11, 2020 telephone conference, Defendant's motion to dismiss and change venue is due by March 6, 2020; Plaintiffs' opposition is due three weeks after the date of service of Defendant's motion; and Plaintiff's reply, if any, is due one week after the date of service of Defendant's opposition. If Defendant instead chooses to answer the complaint, the deadline by which it must do so is March 6, 2020.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge